UNITED STATES of America, Plaintiff-Appellee,

v.

Ray F. WILSON, Defendant-Appellant.

No. 71–1998.

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

Nov. 29, 1971.

Rehearing Denied Dec. 8, 1971.

Roberson L. King, Houston, Tex., for defendant-appellant.

Anthony J. P. Farris, U. S. Atty., Houston, Tex., for plaintiff-appellee.

Before GEWIN, GOLDBERG and DYER, Circuit Judges.

PER CURIAM:

Affirmed. *See* United States v. Wilson, 5 Cir. 1971, 440 F.2d 1103. See Local Rule 21.[1]

1. See N.L.R.B. v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966.